So considered, we think the writ should be denied. It is so ordered.

Writ denied.

LAWSON, STAKELY and MERRILL, JJ., concur.

115 So.2d 504

### JONES VALLEY FINANCE CO., Inc.

v.

### Melvin TENNILLE and Dorothy S. Brown.

6 Div. 442.

Supreme Court of Alabama.

Nov. 5, 1959.

Davies, Williams & Wallace, Birmingham, for petitioners.

Arthur D. Shores, Birmingham, opposed.

LIVINGSTON, Chief Justice.

As we understand the opinion of the Court of Appeals, it is based on a finding by that court that the certificates evidence the owners of preferred stock as distinguished from a certificate of indebtedness, and that they do not include a promise to pay interest. This finding is based on the evidence, and the Court of Appeals held that the stock certificates were not the sole memoranda of the agreement between the parties.

117 So.2d 156

### Earnest S. LOCKETT

v.

### STATE.

6 Div. 485.

Supreme Court of Alabama.

Nov. 5, 1959.

Rehearing Denied Jan. 21, 1960.

MacDonald Gallion, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., for petitioner.

Geo. W. Nichols, Jr., Tuscaloosa, opposed.

LAWSON, Justice.

Petition of the State by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Lockett v. State, 117 So.2d 155.

Writ denied.

LIVINGSTON, C. J., and STAKELY and MERRILL, JJ., concur.